UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| S. M., minor by and through his natural mother and next friend, LOUISE WILSON, )<br>)<br>) | |
| Plaintiff, ) | |
| vs. ) | Case No. 4:06CV00260 AGF |
| JANSSEN PHARMACEUTICA, L.P., et al., )<br>) | |
| Defendants. ) | |

## **MEMORANDUM AND ORDER**

This matter is before the Court on Defendant Eli Lilly and Company's motion to stay proceedings pending transfer of the case by the Judicial Panel on Multidistrict Litigation (JPML). The case involves the prescription drug Zyprexa. On April 14, 2004, the JPML in In re Zyprexa Products Liability Litigation, No. 1596, 314 F. Supp. 2d 1380 (J.P.M.L. 2004), transferred numerous Zyprexa cases to the United States District Court for the Eastern District of New York for pretrial proceedings. The Panel noted that other related cases were pending in multiple district courts and would be treated as potential tag-along cases. The Panel also noted that the transferee court could handle remand issues present in any particular case.

Since then, several courts in this district have granted motions to stay similar to the motion filed in this case. See, e.g., Bledsoe v. Janssen Pharmaceutica, No. 4:05CV02330 ERW (E.D. Mo. Feb. 13, 2006) (order granting stay); C.M. v. Janssen Pharmaceutica, L.P., No. 4:05-CV-2183 CAS (E.D. Mo. Feb. 6, 2006) (order granting

stay). This Court agrees with these decisions and finds Plaintiff's arguments against granting the stay unpersuasive.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant Eli Lilly and Company's motion to stay proceedings pending transfer by the Judicial Panel on Multidistrict Litigation is **GRANTED**. [Doc. #12]

                                                /s/ Audrey G. Fleissig
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 6th day of April, 2006.